IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UTILITY WATER ACT GROUP, NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, NATIONAL ASSOCIATION OF HOME BUILDINGS, and AMERICAN PETROLEUM INSTITUTE,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE, WILBUR ROSS, in his official capacity as Secretary of Commerce, UNITED STATES FISH AND WILDLIFE SERVICE, and RYAN ZINKE, in his official capacity as Secretary of the Interior,<br><br>    Defendants. | CIVIL ACTION NO. 17-0206-CG-N |

## ORDER

The Plaintiffs having filed a Notice of Dismissal of Complaint on March 19, 2018 (Doc. 30), advising that the parties resolved this action via negotiated settlement, and there having been no answers or motions for summary judgment filed by the opposing parties, this case is hereby **DISMISSED without prejudice,** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party shall bear its own costs.

**DONE** and **ORDERED** this the 20th day of March, 2018.

                /s/ Callie V. S. Granade
                SENIOR UNITED STATES DISTRICT JUDGE